No. 964. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WIESE. See *ante,* p. 614.

No. 1037. NATIONAL PAPER PRODUCTS CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 1038. ZELLERBACH PAPER CO. *v.* SAME. June 4, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. John Francis Neylan* and *J. Paul Miller* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 1039. ZELLERBACH PAPER CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 1040. ZELLERBACH PAPER CO., TRANSFEREE, *v.* SAME; and

No. 1041. NATIONAL PAPER PRODUCTS CO. *v.* SAME. June 4, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. John Francis Neylan* and *J. Paul Miller* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.